IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERESA MASSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:25-cv-114-ECM ) |
| SERVIS 1ST BANK, *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

On November 14, 2025, Magistrate Judge entered a Recommendation (doc. 17) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 17) is ADOPTED;

2. The Defendants' motion to dismiss (doc. 10) is GRANTED to the extent that the Plaintiff's Title VII discrimination claim, Title VII retaliation claim, and ADEA retaliation claim are DISMISSED without prejudice. The motion to dismiss (doc. 10) is DENIED in all other respects;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 9th day of January, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE