IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERESA MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-114-ECM |
| | ) | |
| SERVIS 1ST BANK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On October 8, 2026, the Magistrate Judge entered a Recommendation (doc. 33) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 33) is ADOPTED;

2. The Defendants' motion to dismiss (doc. 29) is GRANTED, and Counts II and III of the Plaintiff's amended complaint (doc. 27) are DISMISSED with prejudice;

3. This case is REFERRED back to the United States Magistrate Judge.

DONE this 30th day of October, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE